# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00445-CV

**In Re Theresa Ruebbling, Individually and as Heir of Victoria Rangel, Deceased**

### ORIGINAL PROCEEDING FROM CALDWELL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's motion for emergency relief is also denied.

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Baker and Kelly

Filed: July 29, 2022